

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

DEC 3 0 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| FRANK P. RENTERIA | * | |
| | * | |
| VS. | * | CIVIL ACTION NO. B-02-229 |
| | * | |
| UNION PACIFIC RAILROAD COMPANY | * * | |

## CERTIFICATE OF FINANCIALLY INTERESTED PERSONS

COMES NOW UNION PACIFIC RAILROAD COMPANY and pursuant to paragraph 2 of the Order of Conference, files this Certificate of Financially Interested Persons and states that, at this time, it is unaware of any persons, associates of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that are financially interested in the outcome of this litigation other than Plaintiff Frank P. Renteria, Plaintiff's attorney Gregory W. Allen and Defendant <u>Union Pacific Railroad Company</u>.

Respectfully submitted,

RODRIGUEZ, COLVIN & CHANEY, L.L.P.

By: _____
Jaime A. Saenz
State Bar No. 17514859
Federal Admissions No. 7630
Attorney-in-Charge
R. Patrick Rodriguez
State Bar No. 24002861
Federal Admissions No. 22949
1201 East Van Buren
Post Office Box 2155
Brownsville, Texas 78522
(956) 542-7441
Fax (956) 541-2170

ATTORNEYS FOR DEFENDANT,
UNION PACIFIC
RAILROAD COMPANY

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served upon all counsel of record, to-wit:

>Gregory W. Allen
>12555-A Gulf Freeway
>Houston, Texas 77034
>Attorney for Plaintiff

by certified mail, return receipt requested, hand delivery, and/or facsimile transmission pursuant to the Federal Rules of Civil Procedure, on this the 30 day of December, 2002.

_____
Jaime A. Saenz