4

United States District Court
Southern District of Texas
FILED

JAN 1 3 2003

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| FRANK P. RENTERIA | § |
| | § |
| | § CAUSE NO. B-02-229 |
| VS. | § |
| | § |
| UNION PACIFIC RAILROAD COMPANY | § |

## FRANK P. RENTERIA'S AUTOMATIC DISCLOSURE PURSUANT TO RULE 26(a)

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, **FRANK P. RENTERIA,** files the following disclosures pursuant to Rule 26(a) of the Federal Rules of Civil Procedure:

### I.

### Persons with Knowledge of Relevant Facts

**Plaintiff:**

Frank P. Renteria
826 Pecan Dr.
Alamo, Texas 78516
956-782-4258
The Plaintiff may have knowledge regarding the subject incident and/or the extent of any damages sustained.

**Insurance Companies**:

Texas Mutual Insurance Company
P.O. Box 12029
Austin, Texas 78711-2029
Diane Van Sickler, Adjuster
Sharon E. McElroy, Adjuster
Rossana D. Salemo, Adjuster
888-532-5246

Bill Green, Claims Agent (UP)
Corpus Christi, Texas
361-889-5631

**Employer:**

Diamondback Transportation, Inc.
P.O. Box 3479
McAllen, Texas 78502-3479
Stacey Morris, Safety Director
956-787-6680

Donny Lopez, Investigating Officer
Texas Highway Patrol/Department Public Safety
Badge No. 10182

**Witnesses**:

Ivan Jesus Chapa
Rt. 20, Box 5290
Mission, Texas 78752
Phone number unknown

Richard Maine
Rancho Viejo, Texas
367-2077

**Other:**

Ricky Blalock Conductor of Train (UP)
Address unknown.

Woodrow Greenwood, Train Engineer (UP)
205 S. Pasadena
Kingsville, Texas
361-592-3201

John H. Simpson
6717 Everhard #3306
Corpus Christi, Texas

**Attorneys:**

    Harding J. Rome
    Attorney at Law
    Union Pacific Railroad Legal Department
    808 Travis, Suite 620
    Houston, Texas 77002

**Medical Providers:**

    Dr. Luis Delgado, Jr. (Designated Doctor)
    Northside Family Medical Center
    5128 10th Street
    McAllen, Texas 78504
    956-631-3831 956-631-5537

    Accident, Injury and Pain Center
    1603 N. Cage Blvd.
    Pharr, Texas 78577
    956-781-9880

    Becky L. Bell, LVN Review Nurse
    Texas Mutual Insurance Fund
    P.O. Box 12029
    Austin, Texas 78711-2029
    888-532-5246

    Dr. Michael M. Leonard (RME)
    404 Lindberg
    McAllen, Texas 78501
    956-687-8488

    Dr. Ernest T. Roman (Treating Doctor)
    Disability Medicine Center/
        Accident Injury & Pain Center
    805 East Esperanza, Suite A
    McAllen, Texas 78501
    956-631-4001 956-631-1239

    Dr. Acxitl Buendia
    805 East Esperanza
    McAllen, Texas 78501
    956-631-1001

Valley Baptist Hospital
2101 Pease St.
Harlingen, Texas 78550
956-389-1100

McAllen MRI
South Texas Imaging Center-K
909 Business Park Drive #4
Mission, Texas 78572
956-581-9729

Mission Hospital
900 S. Bryan Rd.
Mission, Texas 78572
956-580-9000

## II.

### Relevant Documents

Frank P. Renteria identifies the following categories of documents that may relate to the subject matter.

1. Accident Report;

2. Notice of Claim;

3. TWCC Forms; and

4. Medical Records.

## III.

### Computation of Damages

No final computation of damages has been made at this time . The Plaintiff is still off work from his shoulder surgery. This will be supplemented.

## IV.

### Insurance

The plaintiff is presently receiving workers' compensation insurance benefits. The defendant is self-insured.

Respectfully submitted,

_____
Gregory W. Allen
Texas Bar #01033500
12555-A Gulf Freeway
Houston, Texas 77034
Telephone (281) 922-4434
Facsimile (281) 922-4899

ATTORNEY FOR PLAINTIFF
FRANK P. RENTERIA

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing instrument has been forwarded to defendant, by and through her attorney of record, Mr. Jaime a. Saenz, 1201 East Van Buren, Post Office Box 2155, Brownsville, Texas 78522, via fax 956-541-2170 and regular mail, on this **8th day of January, 2003.**

_____
Gregory W. Allen