United States District Court
Southern District of Texas
FILED

JAN 1 7 2003

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| FRANK P. RENTERIA | § § § | |
| VS. | § § § | CAUSE NO. B-02-229 |
| UNION PACIFIC RAILROAD COMPANY | § | |

### CERTIFICATE OF FINANCIALLY INTERESTED PERSONS

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, **FRANK P. RENTERIA,** and pursuant to paragraph 2 of the Order of Conference, files this Certificate of Financially Interested Persons and states that, at this time, it is unaware of any persons, associates of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that are financially interested in the outcome of this litigation other than Defendant Union Pacific Railroad Company, Defendant's attorney Jaime A. Saenz, R. Patrick Rodriguez and <u>Plaintiff, Frank P. Renteria</u>.

Respectfully submitted,

_____
Gregory W. Allen
Texas Bar #01033500
12555-A Gulf Freeway
Houston, Texas 77034
Telephone (281) 922-4434
Facsimile (281) 922-4899

ATTORNEY FOR PLAINTIFF
FRANK P. RENTERIA

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing instrument has been forwarded to defendant, by and through her attorney of record, Mr. Jaime A. Saenz, 1201 East Van Buren, Post Office Box 2155, Brownsville, Texas 78522, via fax 956-541-2170 and regular mail, on this **15th day of January, 2003.**

Gregory W. Allen