United States District Court
Southern District of Texas
FILED

APR 28 2003

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| FRANK P. RENTERIA | * |
| | * |
| VS. | *  CIVIL ACTION NO. B-02-229 |
| | * |
| UNION PACIFIC RAILROAD | * |
| COMPANY | * |

## DEFENDANT UNION PACIFIC RAILROAD COMPANY'S UNOPPOSED MOTION TO APPEAR FOR ATTORNEY IN CHARGE

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, UNION PACIFIC RAILROAD COMPANY, Defendant in the above-entitled and numbered cause, by and through its designated attorney in charge, JAIME A. SAENZ, files this its Unopposed Motion to Appear and for cause would show the Court as follows:

I.

The undersigned hereby requests permission of this Honorable Court to allow R. PATRICK RODRIGUEZ of the firm of Rodriguez, Colvin & Chaney, L.L.P. to appear for the undersigned at the Initial Pre-Trial Conference scheduled for April 28, 2003, at 1:30 p.m. due to the fact that the undersigned is scheduled to be out of town at the time of the Initial Pre-Trial Conference.

II.

**WHEREFORE, PREMISES CONSIDERED,** Defendant prays that this Honorable Court grant this Motion and for such other and further relief to which it may show itself justly entitled to receive.

Respectfully submitted,

RODRIGUEZ, COLVIN & CHANEY, LLP
1201 E. Van Buren
Brownsville, TX 78520
Tel: 956-542-7441
Fax: 956-541-2170

By: _____
    Jaime A. Saenz
    Federal Admissions No.: 7630
    State Bar: 17514859

ATTORNEY IN CHARGE FOR DEFENDANT,
UNION PACIFIC RAILROAD COMPANY

**CERTIFICATE OF CONFERENCE**

Counsel for Union Pacific Railroad Company has conferred with Plaintiff's counsel regarding the filing of this motion and Plaintiff's counsel does not oppose said motion.

_____
R. Patrick Rodriguez

2

## CERTIFICATE OF SERVICE

I, hereby certify that on this the ___28th___ day of April, 2003, a true and correct copy of the foregoing Motion to Appear was hand delivered to counsel of record as hereinbelow noted:

Gregory W. Allen
12555-A Gulf Freeway
Houston, TX 77034

_____
R. Patrick Rodriguez