United States District Court
Southern District of Texas
ENTERED

APR 3 0 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| FRANK P. RENTERIA | * | |
| | * | |
| VS. | * | CIVIL ACTION NO. B-02-229 |
| | * | |
| UNION PACIFIC RAILROAD | * | |
| COMPANY | * | |

### ORDER GRANTING DEFENDANT UNION PACIFIC RAILROAD COMPANY'S MOTION TO APPEAR FOR ATTORNEY IN CHARGE

On the 28th day of April, 2003, came on for consideration Counsel for Defendant UNION PACIFIC RAILROAD COMPANY'S Motion to Appear for Attorney in Charge, and the Court, having considered the motion, is of the opinion that said motion should be GRANTED.

It is therefore ORDERED that R. PATRICK RODRIGUEZ of the firm of Rodriguez, Colvin & Chaney, L.L.P. is permitted to appear on behalf of Defendant Union Pacific Railroad Company, at the Initial Pre-Trial Conference scheduled for April 28, 2003 at 1:30 p.m. in lieu of the attorney-in-charge, Jaime A. Saenz.

SIGNED this 28th day of April, 2003 at Brownsville, Texas.

_____
United States District Judge Presiding

4