9

## Civil Courtroom Minutes

| | |
|---|---|
| JUDGE | Hilda G. Tagle |
| CASE MANAGER | Stella Cavazos |
| LAW CLERK | ☐ Nicolas   ■ Levesque |
| DATE | 04 — 28 — 03 |
| TIME | ☐ a.m.  1:35 p.m. — ☐ a.m.  1:45 p.m. |
| CIVIL ACTION | B - 02 - 229 |
| STYLE | FRANK P. RENTERIA *versus* UNION PACIFIC RAILROAD COMPANY |

United States District Court
Southern District of Texas
FILED
APR 2 8 2003
Michael N. Milby, Clerk of Court

DOCKET ENTRY

(HGT) ■Initial Pre-Trial Hearing;          (Court Reporter: Breck Record)

Attorney(s) for Plaintiff(s): Gregory W. Allen
Attorney(s) for Defendant(s) Patrick Rodriguez

---

**Ruling**: Mr. Rodriguez' (unopposed) motion to appear for attorney in charge *Granted*.

Comments:

    Injuries involve rotator cuff for the shoulder and back injury. The back injury may be covered under Texas Workers Comp. Parties discussed mediation. Their goal is to undergo mediation between June 30 and mid-July because discovery is estimated to be completed by August, 2003.

    The scheduling order will be entered.