*10*

| UNITED STATES DISTRICT COURT | ★ | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

FRANK P. RENTERIA § B-02-229

vs. § Civil Action No. B- 02-229

UNION PACIFIC RAILROAD § 
COMPANY

United States District Court
Southern District of Texas
ENTERED

MAY 1 4 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

## SCHEDULING ORDER

1. Trial: Estimated time to try: __4__ days.   ☐ Bench  ■ Jury

2. New parties must be joined by:   _____N/A_____
   *Furnish a copy of this scheduling order to new parties.*

3. The plaintiff's experts will be named with a report furnished by:   _____5/27/03_____

4. The defendant's experts must be named with a report furnished within 30 days of the deposition of the plaintiff's expert.

5. Discovery must be completed by:   _____8/1/03_____
   *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the court. No continuance will be granted because of information acquired in post-deadline discovery.*

**************************The Court will provide these dates**************************

6. Dispositive Motions will be filed by:   _____8/29/03_____

7. Joint pretrial order is due:   _____10/15/03_____

8. Docket Call and final pretrial conference is set for 1:30 p.m. on:   _____10/30/03_____

9. Jury Selection is set for 9:00 a.m. on:   _____11/3/03_____
   *(The case will remain on standby until tried)*

Signed ____May 13____, 2003, at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge