United States District Court
Southern District of Texas
ENTERED

JUL 3 0 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

FRANK P. RENTERIA           *
                            *
VS.                         *    CIVIL ACTION NO. B-02-229
                            *
UNION PACIFIC RAILROAD      *
COMPANY                     *

## CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE

All parties to this case waive their right to proceed before a district judge and consent to have a United States Magistrate Judge conduct all further proceedings, including the trial and judgment. 28 U.S.C. § 636(c).

Signature                                          Date

_____W Allen_____                              __7/15/03__
Attorney in Charge for Plaintiff

_____                              __7/29/03__
Attorney-in-Charge for Defendant

## ORDER TO TRANSFER

This case is transferred to United States Magistrate Judge __Recio__ to conduct all further proceedings, including final judgment.

__7/30/03__                                    _____
Date                                           United States District Judge