

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS DIVISION
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

AUG 0 8 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| FRANK P. RENTERIA | * | |
| vs | * | CIVIL ACTION NO. B02-229 (636(c)) |
| UNION PACIFIC RAILROAD CO. | * | |

TAKE NOTICE THAT A PROCEEDING IN THIS CAUSE OF ACTION HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW:

### DOCKET DATES

DOCKET CALL & FINAL PRETRIAL CONFERENCE:   10/30/03, 2:00 P.M.
JURY SELECTION:                            11/03/03, 9:00 A.M.
JURY TRIAL:                                11/03/03, 1:30 P.M.

**BEFORE THE HONORABLE U.S. MAGISTRATE JUDGE FELIX RECIO**

PLACE:   U.S. Federal Building & Courthouse
         600 E. Harrison, 2nd Floor
         Brownsville, TX 78520

**BY ORDER OF THE COURT**

August 7, 2003

cc:   Counsel of Record