United States District Court
Southern District of Texas
FILED

SEP 0 8 2003

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| FRANK P. RENTERIA | * | |
| | * | |
| VS. | * | CIVIL ACTION NO. B-02-229 |
| | * | |
| UNION PACIFIC RAILROAD COMPANY | * * | |

**DEFENDANT UNION PACIFIC RAILROAD COMPANY'S UNOPPOSED MOTION FOR LEAVE TO FILE AFFIDAVIT IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Defendant Union Pacific Railroad Company ("Union Pacific" or "Defendant") and files its Unopposed Motion for Leave to File Affidavit in Support of its Motion for Summary Judgment respectfully moving this Court for leave to submit the attached affidavit of William Green[1] in support of its previously filed Motion for Summary Judgment as authorized by Local Rule for Southern District of Texas No. 7.8 and Federal Rule of Civil Procedure 6(b).

A. Introduction

This lawsuit arises out of an April 24, 2001, collision between a westbound semi-truck and dump trailer, driven by Plaintiff Frank P. Renteria (hereinafter "Plaintiff" or "Renteria"), and a northbound Union Pacific freight train. This action was originally removed to the United States District Court for the Southern District of Texas, Brownsville Division, on December 12, 2002. On May 14, 2003, the District Court issued its Scheduling Order setting a number of

deadlines as well as the trial date for this matter. (See Exhibit "B" Scheduling Order). One of the deadlines contained in the aforementioned Scheduling Order was an August 29, 2003 deadline for the parties to file dispositive motions.

On July 30, 2003, the District Court executed the parties' consent to proceed in this Court. On August 8, 2003, this Court issued its Order adopting the dates (albeit with some changes to the applicable time) for Docket Call and Final Pretrial Conference, and Jury Selection. (See Exhibit "C" Docket Order). Additionally, the Docket Order set the date and time for the commencement of the trial of this matter. Id. Other than addressing these deadlines, the Docket Order contained no indication that this Court intended to either alter or abolish the other deadlines set forth in the previously issued Scheduling Order such as discovery deadline, dispositive motions deadline, etc. Rather than file a motion for continuance and request all new deadlines, the parties proceeded using those deadlines from the Scheduling Order that had not been addressed and/or altered by this Court's Docket Order.

Therefore, in adhering to the dispositive motion deadline set forth in the Scheduling Order, Union Pacific filed its Motion for Summary Judgment on August 27, 2003. In addition to filing its brief, Union Pacific also filed affidavits, documentary evidence and a deposition on written questions to support its motion. (See Union Pacific Railroad Company's Motion for Summary Judgment, and exhibits and affidavits attached thereto,). Inadvertently, however, Defendant's counsel failed to include with its August 27, 2003 filing a business records affidavit

---

[1] See Exhibit "A", Affidavit of William Green in support of Defendant Union Pacific Railroad Company's Motion

concerning the authenticity of some of the summary judgment evidence attached to its August 27, 2003 motion as required by Rule 7.7 of the Local Rules for the Southern District of Texas and by FED. R. CIV. P. 6(D). Upon realizing the oversight, Defendant's counsel obtained the attached affidavit from Mr. Green, filed this request for leave, and discussed the matter with Plaintiff's counsel. As noted in the title of this motion, Plaintiff is not opposed to permitting Defendant to supplement its motion with William Green's affidavit.

Thus, Defendant's counsel filed this request for leave soon as they became aware of their oversight and need for additional time to supplement its motion. Importantly, the attached affidavit of William Green simply authenticates some of the summary judgment evidence that was filed with Defendant's motion for summary judgment. Given that Defendant is not now seeking to submit substantive summary judgment evidence, the granting of this motion should not hinder Plaintiff's ability to file its Response to Defendants motion for summary judgment. However, should Plaintiff's seek an extension of time in which to file its Response, Defendant would certainly have no opposition to such a request.

### B. Argument

The Court may in its discretion and upon application permit a party additional time to submit additional authority or supporting material. Rule 7.8 of the Local Rules for the United States District Court for the Southern District of Texas. The Court may also grant a request for extension of time for "cause shown." FED. R. CIV. P. 6(b).

Defendant respectfully requests that the Court grant Defendant leave to file the attached affidavit of William Green. As stated above, Plaintiff has no opposition to allowing Defendant to supplement its motion for summary judgment with the attached affidavit. Thus, Plaintiff will not be prejudiced by the Court's granting Defendant leave to file William Green's affidavit.

---

for Summary Judgment, attached hereto.

In addition, the delay in submitting this affidavit has not been unreasonable. Defendant's counsel filed this request for leave as soon as practicable after they became aware of their oversight and had an opportunity to confer with Plaintiff's counsel as required by. Rule 7.2 of the Local Rules for the United States District Court for the Southern District of Texas. The potential impact of the delay on judicial proceedings is not significant. Given that the cause of the delay in filing this affidavit was the honest oversight by Defense counsel, and that Plaintiff has no opposition to allowing the submission of the affidavit at this time, it is clear that Defendant's counsel has acted in good faith.

### C. Conclusion

For the reasons set forth above, Defendant respectfully requests that the Court grant its Unopposed Motion for Leave to File Affidavit in Support of its Motion for Summary Judgment, permit the filing of the attached affidavit as supplemental authority in support of Defendant's motion, and for any and all further relief to which they may be justly entitled.

Respectfully submitted,

RODRIGUEZ, COLVIN & CHANEY, L.L.P.
1201 East Van Buren
Post Office Box 2155
Brownsville, Texas 78522
(956) 542-7441
Fax (956) 541-2170

By: _____
Jaime A. Saenz
State Bar No. 17514859
Federal ID No. 7630
Attorney in Charge
R. Patrick Rodriguez
State Bar No. 24002861
Federal ID No. 22949

ATTORNEYS FOR DEFENDANT,
UNION PACIFIC RAILROAD COMPANY

## CERTIFICATE OF SERVICE

I hereby certify that on this the 5'__ day of Aug·st_____, ,2003, a true and correct copy of the foregoing document was sent via U. S. Certified Mail, Return Receipt Requested, U. S. Regular Mail and/or Facsimile to counsel of record as hereinbelow noted:

Gregory W. Allen
12555-A Gulf Freeway
Houston, TX 77034

_____
R. Patrick Rodriguez

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| FRANK P. RENTERIA | * | |
| | * | |
| VS. | * | CIVIL ACTION NO. B-02-229 |
| | * | |
| UNION PACIFIC RAILROAD | * | |
| COMPANY | * | |

### AFFIDAVID OF WILLIAM GREEN IN SUPPORT OF DEFENDANT UNION PACIFIC RAILROAD COMPANY'S MOTION FOR SUMMARY JUDGMENT

STATE OF TEXAS         §
                                   §
COUNTY OF NUECES  §

I, Willam Green, being duly sworn, depose and say:

1. "I am over 18 years of age, have never been convicted of a felony and am competent to make this affidavit. The factual statements in this affidavit are based on my personal knowledge and are true and correct.

2. I live in Corpus Christi, Texas. I have been employed by Union Pacific Railroad Company for 13 years. My current title is Senior Claims Representative by Union Pacific Railroad Company. As a part of my job duties, I investigate locomotive / automobile collisions like the one made the basis of this lawsuit.

3. It is part of my regular job duties to collect and maintain certain documents, records, and other information pertaining to those incidents.

4. Attached to Defendant's Motion for Summary Judgment as Exhibits D, E & F are pages of records that are kept by Union Pacific Railroad Company in the regular course of business. Also, it was the regular course of business of Union Pacific


EXHIBIT A

Railroad Company for an employee or representative of Union Pacific Railroad Company with knowledge of the act, event or condition to make the records attached to Union Pacific Railroad Company's Motion for Summary Judgment as Exhibits D, E & F. The records attached to the motion as Exhibits D, E & F were made at or near the time of the occurrence by, or from information transmitted by, a person with knowledge of those matters, or were made reasonably soon thereafter. The records attached to Union Pacific Railroad's Motion for Summary Judgment as Exhibits D, E & F are the original records or duplicates of the original records.

Further, The Affiant Sayeth Not.

_____
Affiant

BEFORE ME, the undersigned authority, on this day personally appeared William Green, who identified herself to me and who, after being duly sworn, stated to me that the statements herein are true and correct.

SUBSCRIBED AND SWORN TO BEFORE ME this the 04 day of September 2003.



Notary Public in and for
The State of Texas

NORMA J. ALANIZ
Notary Public, State of Texas
My Commission Expires
January 15, 2005

| UNITED STATES DISTRICT COURT | ★ | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

| FRANK P. RENTERIA | § | B-02-229 |
| vs. | § | Civil Action No. B-02-229 |
| UNION PACIFIC RAILROAD COMPANY | § | MAY 14 2003 |

**SCHEDULING ORDER**

1. Trial: Estimated time to try: __4__ days.   ☐ Bench  ■ Jury

2. New parties must be joined by:   N/A
    *Furnish a copy of this scheduling order to new parties.*

3. The plaintiff's experts will be named with a report furnished by:   5/27/03

4. The defendant's experts must be named with a report furnished within 30 days of the deposition of the plaintiff's expert.

5. Discovery must be completed by:   8/1/03
    *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the court. No continuance will be granted because of information acquired in post-deadline discovery.*

**************************The Court will provide these dates**************************

6. Dispositive Motions will be filed by:   8/29/03

7. Joint pretrial order is due:   10/15/03

8. Docket Call and final pretrial conference is set for 1:30 p.m. on:   10/30/03

9. Jury Selection is set for 9:00 a.m. on:   11/3/03
    *(The case will remain on standby until tried)*

Signed __May 13__, 2003, at Brownsville, Texas.

Hilda G. Tagle
United States District Judge


EXHIBIT "B"

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS DIVISION
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

AUG 0 8 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

FRANK P. RENTERIA     *

vs     *     CIVIL ACTION NO. B02-229
             (636(c))

UNION PACIFIC RAILROAD CO.     *

TAKE NOTICE THAT A PROCEEDING IN THIS CAUSE OF ACTION HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW:

### DOCKET DATES

DOCKET CALL & FINAL PRETRIAL CONFERENCE:  10/30/03, 2:00 P.M.
JURY SELECTION:                           11/03/03, 9:00 A.M.
JURY TRIAL:                               11/03/03, 1:30 P.M.

**BEFORE THE HONORABLE U.S. MAGISTRATE JUDGE FELIX RECIO**

PLACE:   U.S. Federal Building & Courthouse
         600 E. Harrison, 2nd Floor
         Brownsville, TX 78520

**BY ORDER OF THE COURT**

August 7, 2003

cc:   Counsel of Record


EXHIBIT "A"

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| FRANK P. RENTERIA | * |
| | * |
| VS. | *   CIVIL ACTION NO. B-02-229 |
| | * |
| UNION PACIFIC RAILROAD | * |
| COMPANY | * |

### AFFIDAVIT OF R. PATRICK RODRIGUEZ

| | |
|---|---|
| STATE OF TEXAS | § |
| | §   KNOW ALL MEN BY THESE PRESENTS: |
| COUNTY OF CAMERON | § |

BEFORE ME, the undersigned authority, the State of Texas, on this day personally appeared R. PATRICK RODRIGUEZ, known to me as the person whose name is subscribed to the foregoing Affidavit, and who, being by me first duly sworn, on his oath deposed and stated as follows:

> "My name is R. PATRICK RODRIGUEZ. I am over 18 years of age and competent to make this affidavit. I have reviewed Defendant Union Pacific Railroad Company's Unopposed Motion for Leave to File Affidavit in Support of its Motion for Summary Judgment, and the facts set forth in the motion are within my personal knowledge and are true and correct."

Further Affiant sayeth naught.

_____
R. Patrick Rodriguez

SUBSCRIBED AND SWORN TO BEFORE ME by the said R. PATRICK RODRIGUEZ, on this the 8th day of September, 2003, to certify which, witness my hand and seal of office.

_____
Notary Public, State of Texas
My Commission Expires: 08-17-2007

6

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| FRANK P. RENTERIA | * |
| | * |
| VS. | *  CIVIL ACTION NO. B-02-229 |
| | * |
| UNION PACIFIC RAILROAD | * |
| COMPANY | * |

### ORDER GRANTING UNION PACIFIC RAILROAD COMPANY'S UNOPPOSED MOTION FOR LEAVE TO FILE AFFIDAVIT IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT

CAME ON this day Union Pacific Railroad Company's Unopposed Motion for leave to filed affidavit, and after considering the parties submissions and the pleadings on file, the Court is of the opinion that said motion should in all respects be GRANTED.

IT IS, THEREFORE, ORDERED that Union Pacific Railroad Company's Unopposed Motion for leave to file Affidavit in Support of its Motion Summary Judgment is hereby GRANTED. Accordingly, the Affidavit of William Green, attached as Exhibit "A" to Union Pacific Railroad Company's Unopposed Motion for leave to file Affidavit in Support of its Motion Summary Judgment is hereby admitted as supplementary authority in support of Union Pacific Railroad Company's previously filed motion for summary judgment.

SIGNED FOR ENTRY this_____day of_____, 2003.

_____
Judge Presiding

Copies to:
Gregory Allen, 12555-A Gulf Freeway, Houston, TX 77034
Jaime A. Saenz, Rodriguez, Colvin & Chaney, LLP., 1201 E. Van Buren, Brownsville, TX 78520