15

United States District Court
Southern District of Texas
ENTERED

SEP 1 2 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 1 0 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| FRANK P. RENTERIA | * | |
| | * | |
| VS. | * | CIVIL ACTION NO. B-02-229 |
| | * | |
| UNION PACIFIC RAILROAD | * | |
| COMPANY | * | |

## ORDER GRANTING UNION PACIFIC RAILROAD COMPANY'S UNOPPOSED MOTION FOR LEAVE TO FILE AFFIDAVIT IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT

CAME ON this day Union Pacific Railroad Company's Unopposed Motion for leave to filed affidavit, and after considering the parties submissions and the pleadings on file, the Court is of the opinion that said motion should in all respects be GRANTED.

IT IS, THEREFORE, ORDERED that Union Pacific Railroad Company's Unopposed Motion for leave to file Affidavit in Support of its Motion Summary Judgment is hereby GRANTED. Accordingly, the Affidavit of William Green, attached as Exhibit "A" to Union Pacific Railroad Company's Unopposed Motion for leave to file Affidavit in Support of its Motion Summary Judgment is hereby admitted as supplementary authority in support of Union Pacific Railroad Company's previously filed motion for summary judgment.

SIGNED FOR ENTRY this _10th_ day of _September_, 2003.

_____
Judge Presiding

Copies to:
Gregory Allen, 12555-A Gulf Freeway, Houston, TX 77034
Jaime A. Saenz, Rodriguez, Colvin & Chaney, LLP., 1201 E. Van Buren, Brownsville, TX 78520