United States District Court
Southern District of Texas
FILED

SEP 17 2003

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| FRANK P. RENTERIA § | |
| § | |
| § | CAUSE NO. B-02-229 |
| VS. § | |
| § | |
| UNION PACIFIC RAILROAD COMPANY § | |

### PLAINTIFF'S MOTION TO EXTEND TIME TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, **FRANK P. RENTERIA**, (hereinafter "Plaintiff") and pursuant to Federal Rules of Civil Procedure 56 and Local Rules of this Court files this Motion to Extend Time to Respond to Defendant's Motion for Summary Judgment and for good cause would respectfully show the Court as follows:

I.

Plaintiff and Defendant have scheduled several depositions of fact witnesses and experts in the coming weeks. The deposition of the Plaintiff and one fact witness was taken on Friday, September 12, 2003, in Brownsville, Texas.

II.

Depositions scheduled in the future include both Plaintiff and Defendant's experts as well as the investigating officer from the Texas Department of Public Safety.

III.

The parties are interested in trying to settle this case and have agreed to mediate the matter in the near future.

IV.

In order for Plaintiff's counsel to adequately respond to Defendant's Motion for Summary Judgment it is necessary that testimony be taken by deposition in order to establish evidence that can be used in its response.

V.

Plaintiff respectfully requests the Court to extend the deadline for response to Defendant's Motion until October 15, 2003.

WHEREFORE, PREMISES CONSIDERED, Plaintiff respectfully requests that this Motion to Extend Time to Respond to Defendant's Motion for Summary Judgement be granted.

Respectfully submitted,

_____
Gregory W. Allen
Texas Bar #01033500
12555-A Gulf Freeway
Houston, Texas 77034
Telephone (281) 922-4434
Facsimile (281) 922-4899

ATTORNEY FOR PLAINTIFF
FRANK P. RENTERIA

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been forwarded to defendant, by and through her attorney of record, Mr. R. Patrick Rodriguez, 1201 East Van Buren, Post Office Box 2155, Brownsville, Texas 78522 on this **16th day of September, 2003.**

_____
Gregory W. Allen

=3=

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| FRANK P. RENTERIA § | |
| § | |
| § | CAUSE NO. B-02-229 |
| VS. § | |
| § | |
| UNION PACIFIC RAILROAD COMPANY § | |

## ORDER

On this day came on to be heard Plaintiff's Motion to Extend Time to Respond to Defendant's Motion for Summary Judgment, and the Court after due consideration of the Motion, finds that the Motion should be **granted**.

It is, therefore, ORDERED that Plaintiff, Frank Renteria's Motion to Extend Time to Respond to Defendant's Motion for Summary Judgment is hereby **GRANTED**.

SIGNED on this the _____ day of _____, 2003.

_____
JUDGE PRESIDING

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

#16

| | | |
|---|---|---|
| FRANK P. RENTERIA | § | |
| | § | |
| | § | CAUSE NO. B-02-229 |
| VS. | § | |
| | § | |
| UNION PACIFIC RAILROAD COMPANY | § | |

### CERTIFICATE OF CONFERENCE

I certify that a phone conference was held with opposing counsel, Mr. Patrick Rodriguez, 1201 East Van Buren, Post Office Box 2155, Brownsville, Texas 78522, and counsel for defendant is aware of this motion and has no opposition.

Therefore, this matter is presented to the court for determination.

Date: September 19, 2003.

_____
Gregory W. Allen