*17*

United States District Court
Southern District of Texas
ENTERED

SEP 2 4 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

FRANK P. RENTERIA                    §
                                     §
                                     §          CAUSE NO. B-02-229
VS.                                  §
                                     §
UNION PACIFIC RAILROAD COMPANY       §

## ORDER

On this day came on to be heard Plaintiff's Motion to Extend Time to Respond to

Defendant's Motion for Summary Judgment, and the Court after due consideration of the

Motion, finds that the Motion should be **granted**.

It is, therefore, ORDERED that Plaintiff, Frank Renteria's Motion to Extend Time

to Respond to Defendant's Motion for Summary Judgment is hereby **GRANTED**.    The response

shall be filed on or before October 15, 2003.

SIGNED on this the 22d day of September, 2003.

_____
JUDGE PRESIDING

=3=