IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 0 2 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| FRANK P. RENTERIA<br>*Plaintiff*<br><br>VS.<br><br>UNION PACIFIC RAILROAD COMPANY<br>*Defendant* | §<br>§<br>§<br>§  C. A. NO. B-02-229<br>§<br>§<br>§<br>§ |

**ADR PROVIDER'S MEMORANDUM TO CLERK OF COURT**

ADR METHOD:   Mediation   __X__         Arbitration   _____
              Mini-trial  _____         Summary Jury Trial _____

TYPE OF CASE: Personal Injury Case          DATE HELD: September 24, 2003

1.   The case referred to ADR was:    settled __X__    not settled _____

2.   The names and addresses of all parties and all counsel of record who attended mediation are as follows:

Mr. Frank P. Renteria
*Plaintiff*

Mr. Gregory Allen
ATTORNEY AT LAW
12555-A Gulf Freeway
Houston, Texas 77034
*Attorney for Plaintiff*

Mr. Bill Green, Representative
UNION PACIFIC RAILROAD COMPANY
P.O. Box 1287
Corpus Christi, Texas 78401
*Defendant*

Mr. R. Patrick Rodriguez
RODRIGUEZ, COLVIN & CHANEY, L.L.P.
1201 East Van Buren
Brownsville, Texas 78522
*Attorney for Defendant*

Mr. David Watson
TEXAS MUTUAL INS. CO.
P.O. Box 12029
Mail Stop Code 813 D
Austin, Texas 78711-2029

Respectfully submitted,
**ROLANDO OLVERA, P.C.**
1650 Paredes Line Road, Suite 102
Brownsville, Texas 78521
Telephone:   (956) 982-4404
Telecopier:  (956) 982-0943

By: _____
Rolando Olvera
ATTORNEY/MEDIATOR