United States District Court
Southern District of Texas
FILED

OCT 27 2003

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| FRANK P. RENTERIA | * | |
| | * | |
| VS. | * | CIVIL ACTION NO. B-02-229 |
| | * | |
| UNION PACIFIC RAILROAD | * | |
| COMPANY | * | |

## AGREED MOTION TO DISMISS WITH PREJUDICE

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, the Plaintiff, FRANK RENTERIA, and Defendant, UNION PACIFIC RAILROAD COMPANY in the above-entitled and numbered cause, appearing by and through their counsel of record, and file this their Agreed Motion to Dismiss Plaintiff's causes of action against Defendant, UNION PACIFIC RAILROAD COMPANY, with prejudice, for the reason that all matters of fact and things in controversy have been fully and finally compromised and settled by and between the Parties hereto.

**WHEREFORE, PREMISES CONSIDERED**, Plaintiff, FRANK RENTERIA, and Defendant, UNION PACIFIC RAILROAD COMPANY, request that the Court enter an Order dismissing all claims against UNION PACIFIC RAILROAD COMPANY, with prejudice, with costs of court to be borne by each Party incurring such costs.

Respectfully submitted by,

RODRIGUEZ, COLVIN & CHANEY, L.L.P.

By: _____
Jaime A. Saenz
Attorney-in-charge
Federal I.D. No. 7630
State Bar No. 17514859
R. Patrick Rodriguez
Federal I.D. No. 22949
State Bar No. 24002861
1201 East Van Buren Street
Post Office Box 2155
Brownsville, Texas 78520
Telephone No. (956) 542-7441
Facsimile No. (956) 541-2170

**ATTORNEYS FOR DEFENDANT, UNION PACIFIC RAILROAD COMPANY**

GREGORY W. ALLEN, PPLC

By: _____
    Gregory W. Allen
    Federal I.D. No. 6022
    State Bar No. 01033500
    12555-A Gulf Freeway
    Houston, TX 77034
    Telephone No.: 281-922-4434
    Telefax No.: 281-922-4899
**ATTORNEY FOR PLAINTIFF, FRANK RENTERIA**

## CERTIFICATE OF SERVICE

I, hereby certify that on this the 27th day of October, 2003, a true and correct copy of the foregoing document was forwarded Via U. S. Regular Mail and/or Facsimile to counsel of record as hereinbelow noted:

Gregory W. Allen
12555-A Gulf Freeway
Houston, TX 77034

David Watson
Texas Mutual Insurance Company
P. O. Box 12029
Mail Stop Code 813D
Austin, TX 78711-2029

_____
R. Patrick Rodriguez