IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

OCT 2 8 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| FRANK P. RENTERIA | * | |
| | * | |
| VS. | * | CIVIL ACTION NO. B-02-229 |
| | * | |
| UNION PACIFIC RAILROAD | * | (636(c)) |
| COMPANY | * | |

## AGREED FINAL JUDGMENT AND ORDER OF DISMISSAL WITH PREJUDICE

BE IT REMEMBERED that on this 28th day of October, 2003, Plaintiff, FRANK RENTERIA and Defendant UNION PACIFIC RAILROAD COMPANY, filed an Agreed Motion to Dismiss With Prejudice and the Court, after having considered said Motion, is of the opinion that it is well taken and should be granted. It is, THEREFORE,

ORDERED, ADJUDGED AND DECREED by the Court that the causes of action of Plaintiff, FRANK RENTERIA against Defendant, UNION PACIFIC RAILROAD COMPANY, are hereby dismissed with prejudice, with costs of court to be borne by the Party incurring same.

SIGNED this the 28th day of October, 2003.

_____
United States Magistrate Judge

Copies to:
Gregory W. Allen, 12555-A Gulf Freeway, Houston, TX 77034
R. Patrick Rodriguez, Rodriguez, Colvin & Chaney, L.L.P., 1201 E. Van Buren, Brownsville, TX 78520